# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARIA LUISA TRINIDAD MALDONADO

XXX-XX-3443

Debtor(s)

CASE NO. 08-04606 GAC
Chapter 13

FILED & ENTERED ON 03/23/2009

## O R D E R

On 03/12/2009 the debtors filed a modified plan (docket entry #36). The Court will not consider the same unless filed with a motion to modify plan after confirmation pursuant to 11 USC 1329. "Modification after confirmation is motion practice", <u>Lundin, Keith M.</u>, Chapter 13 Bankruptcy, 3rd. Ed., §253.1, pages 253-7 to 253-10.

SO ORDERED.

San Juan, Puerto Rico, this 23 day of March, 2009.

Gerardo A. Carlo Altieri
U.S. Bankruptcy Judge

C: DEBTOR(S)
JUAN O CALDERON LITHGOW
JOSE RAMON CARRION MORALES